```
              IN THE UNITED STATE BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   In Re:   Barbara J. Guyton        )   Chapter 13
                                     )
            Debtor                   )   No.16-11473-MDC
                                     )
                                     )
```

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Counsel Fees, and respectfully request that the Order attached to the Application be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtor