**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barbara J. Guyton<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-11473 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Indenture Trustee of the GMACM Home Equity Loan Trust 2007-HE1 and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Kevin G. McDonald, Esquire**
      Kevin G. McDonald, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734