# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 16-11473-MDC

BARBARA J. GUYTON

822 S. 8TH STREET

PHILADELPHIA, PA 19147-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

BARBARA J. GUYTON

822 S. 8TH STREET

PHILADELPHIA, PA 19147-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Date: 8/4/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee