United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara J. Guyton  
     Debtor

Case No. 16-11473-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 31, 2020  
                      Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2020.  
14426701     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,  
        Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2020 at the address(es) listed below:

       ANDREW F GORNALL   on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DAVID M. OFFEN   on behalf of Debtor Barbara J. Guyton dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association Et Al... bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       TRANG V TRUONG   on behalf of Creditor   Wells Fargo Bank, N.A. trangtruong@wellsfargo.com  
       United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                   TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-11473-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Barbara J. Guyton
822 S. 8th Street
Philadelphia PA 19147

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/02/20

Tim McGrath
**CLERK OF THE COURT**